IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CV-213-FL

| | |
|---|---|
| EVA NAPOLITANO, f/k/a Eva Bakken, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOSEPH ABDALLAH WAKED and ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

- - - -

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NICHOLAS NAPOLITANO, ANGELICA ) | |
| NAPOLITANO, and ANTHONY ) | |
| NAPOLITANO, ) | |
| ) | |
| Third Party Defendants. ) | |

This matter comes before the court on plaintiff's motion to remand this case to the General Court of Justice, Superior Court Division, Brunswick County, North Carolina (DE 18). Although initially defendant Metropolitan Life Insurance Company removed the case to this court pursuant to 28 U.S.C. § 1441 (DE 1), it now consents to remand (DE 37). Defendant Joseph Abdallah Waked in response takes no position on the motion, while requesting that any remand order grant

an extension of time to respond to plaintiff's complaint (DE 40).[1]  Where the time for further response to the motion has expired, the issues raised are ripe for ruling.

For good cause shown, this case is REMANDED to the General Court of Justice, Superior Court Division, Brunswick County, North Carolina, for further proceedings, pursuant to 28 U.S.C. § 1447(c).  The clerk is DIRECTED to transmit a certified copy of this order to the clerk of the General Court of Justice, Superior Court Division, Brunswick County, North Carolina, and to file in this case a copy of the clerk's transmittal letter with certified copy of the instant order.  The clerk is further DIRECTED to close this case.

SO ORDERED, this the 17th day of February, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Given the court's recent grant of motion to extend the time in which defendant Joseph Abdallah Waked may respond to plaintiff's complaint (DE 39), his request for extension of time embedded in his response is moot.