UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EVA NAPOLITANO, *f/k/a Eva Bakken*<br>    Plaintiff, | )<br>)<br>) |
| v. | )   **JUDGMENT**<br>)<br>)   No. 7:21-CV-213-FL |
| METROPOLITAN LIFE INSURANCE<br>COMPANY and JOSEPH ABDALLAH WAKED<br>    Defendants<br>****************************************<br>METROPOLITAN LIFE INSURANCE<br>COMPANY<br>    Third Party Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Vs. | ) |
| NICHOLAS NAPOLITANO, ANGELICA<br>NAPOLITANO and ANTHONY NAPOLITANO<br>    Third Party Defendants | )<br>)<br>) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 17, 2022, more particularly described therein, that the captioned action be and hereby is remanded to Brunswick County Superior Court.

**This Judgment Filed and Entered on February 17, 2022, and Copies To:**
Hayley Roper Wells / A. Charles Ellis (via CM/ECF Notice of Electronic Filing)
Benjamin L Williams / Nikole M. Crow / Gemma L. Saluta (via CM/ECF Notice of Electronic Filing)
Randall S. Hoose, Jr. (via CM/ECF Notice of Electronic Filing)
The Honorable James MacCallum (via U.S. Mail at Brunswick County Clerk of Superior Court, 310 Government Center Drive NE, Unit 1, Bolivia, N C 28422)

February 17, 2022					PETER A. MOORE, JR., CLERK

					  /s/ Sandra K. Collins
					(By) Sandra K. Collins, Deputy Clerk